UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



A CERTIFIED TRUE COPY
ATTEST
By Jakela Mella on Apr 10, 2009

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Mar 25, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

**F I L E D**
APR 2 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

C 09-0364 JCS

**CONDITIONAL TRANSFER ORDER (CTO-320)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,383 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

**Apr 10, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4-14-09
ATTEST: Tom Dorsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                      MDL No. 875

### SCHEDULE CTO-320 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #    CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC    2     09-886~~     ~~Mary T. Meredith, et al. v. Bondex International, Inc., et al.~~
                            Opposed 4/1/09

CALIFORNIA NORTHERN
CAN    3     09-364     Carl McCurtis v. Foster Wheeler, LLC, et al.
CAN    3     09-365     Gerry Lee Stone v. General Electric Co., et al.
~~CAN    3     09-902~~     ~~Johnie D. Pelfrey, Jr., et al. v. Foster Wheeler, LLC, et al.~~
                            Opposed 4/7/09
~~CAN    3     09-903~~     ~~William H. Dawson, et al. v. CBS Corp., et al.~~
                            Opposed 4/7/09

CALIFORNIA SOUTHERN
~~CAS    3     09-101~~     ~~Michael E. Jenkins v. Allied Packing & Supply, Inc., et al.~~
                            Opposed 4/7/09

FLORIDA MIDDLE
FLM    8     09-188     John L. Estep, et al. v. Cleaver-Brooks, Inc., et al.

KENTUCKY WESTERN
KYW    5     09-27      Carl L. Wilson v. Illinois Central Railroad Co.

MINNESOTA
MN     0     09-186     Catherine R. Mingo v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
MSS    1     09-148     E.L. Chancellor v. Anchor Packing Co., et al.

NORTH CAROLINA EASTERN
NCE    4     09-13      Joseph Wayne Odom, et al. v. Aqua-Chem, Inc., et al.
NCE    5     08-528     Walter Butts, Jr., et al. v. Aqua-Chem, Inc., et al.
NCE    5     08-589     Jefferson D. McMahan, III, et al. v. Anchor Packing Co., et al.
NCE    5     09-10      Newton H. Burgess, Jr., et al. v. Anchor Packing Co., et al.
NCE    5     09-30      Pearl W. Grady v. Aqua-Chem, Inc., et al.
NCE    7     08-175     Cecil L. Reese, et al. v. Aqua-Chem, Inc., et al.
NCE    7     08-187     Janice Russ Ludwig, etc. v. Anchor Packing Co., et al.
NCE    7     08-188     Roy P. Hinson, Jr., et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-320 Tag-Along Actions (Continued)**

NORTH CAROLINA WESTERN

| | | |
|---|---|---|
| NCW 1 | 09-47 | James Mitchell Culp, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-49 | John Michael Hall, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-50 | Steven Joseph Keller v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-51 | Michael Wayne Kelly, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-57 | Garland Vance Lail v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-58 | Tony Ervin Mashburn, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-59 | Timothy Wayne Patterson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-62 | Frank James Reeder v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-64 | Anthony Ray Stone v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-65 | William Kenneth Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-66 | Robert Walter Sutton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-75 | Raymond Wayne Rider, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-76 | Richard Norman Early, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-77 | Douglas Eugene Faulkner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-81 | Robert Lee Bivens, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-84 | Thomas Edward Lee, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-85 | Douglas Blanford Henderson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-86 | Ismael H. Juarez, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-87 | Joel Leon Maners, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-88 | Michael Ray Henline, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-89 | James Howard Byers, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-91 | James V. Rhyne, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-94 | Leroy Albert Birmingham, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-95 | Randy Blair Gantt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-96 | Stephen County Huffstickler v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-97 | Dearl Donald Lemons, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-98 | John Clegg Robinson v. Aqua-Chem, Inc., et al. |

NEW YORK EASTERN

| | | |
|---|---|---|
| NYE 1 | 09-600 | Susan Turner, etc. v. A.W. Chesterton Co., et al. |

OKLAHOMA EASTERN

| | | |
|---|---|---|
| ~~OKE 6~~ | ~~09-15~~ | ~~Nora Austin, et al. v. A.W. Chesterton Co., Inc., et al.~~ |
| | | Opposed 4/2/09 |

PENNSYLVANIA WESTERN

| | | |
|---|---|---|
| PAW 2 | 09-125 | William Seigfried, et al. v. Allegheny Ludlum Corp., et al. |

RHODE ISLAND

| | | |
|---|---|---|
| RI 1 | 09-2 | John F. Flynn v. Buffalo Pumps, Inc., et al. |

Page 3 of 3

## MDL No. 875 - Schedule CTO-320 Tag-Along Actions (Continued)

### SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 0 | 09-289 | Kyle Frank Howell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-340 | Freddie William Sims, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-599 | Patricia W. Bailey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-611 | Ralph Leon Lockridge, et al. v. Aqua-Chem, Inc., et al. |
| SC | 3 | 09-365 | Anthony Rhett Gerrald, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-341 | Stephen Eugene Charles, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-344 | Edwin Buford Alewine, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-468 | Michael Alda Pruitt, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-582 | Scott Malcolm Thomas, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-584 | James Talmadge Saylors, Jr. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-585 | Joel Stanley Pace v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-588 | Verlin Ray Owen, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-590 | Gene Davis Glass, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-597 | Alfred G. Wood, III, et al. v. Aqua-Chem, Inc., et al. |

### TEXAS WESTERN
~~TXW 1 08-17~~   ~~Reggy Taylor, et al. v. Lucent Technologies, Inc., et al.~~
Opposed 4/9/09

### UTAH
~~UT 2 09-86~~   ~~Jerry D. Anderson, et al. v. Hamilton Materials Inc., et al.~~
Opposed 4/8/09

### VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 09-9486 | Robert H. Bromley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9487 | Hayward L. Cox v. American Standard, Inc., et al. |
| VAE | 2 | 09-9488 | Charles L. Petty, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9489 | Allan Rauch v. American Standard, Inc., et al. |
| VAE | 2 | 09-9490 | Ted L. Rush v. American Standard, Inc., et al. |
| VAE | 2 | 09-9491 | John A. Sargent v. American Standard, Inc., et al. |
| VAE | 2 | 09-9492 | Vance A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9493 | Isabel Vasquez v. American Standard, Inc., et al. |
| VAE | 2 | 09-9494 | Charles R. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 09-9495 | Marvin M. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 09-9496 | Alex Watson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9497 | Raymond R. Weishaar v. American Standard, Inc., et al. |
| VAE | 2 | 09-9498 | Floyd Welch v. American Standard, Inc., et al. |
| VAE | 2 | 09-9499 | Larry E. Worley v. American Standard, Inc., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RECEIVED

APR 28 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875
**CA-N, 3:09-364, 09-365**

Dear Clerk:

The enclosed copy of a Conditional Transfer Order (CTO-320) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure