ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MCCURTIS,<br><br>    Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC, *et al.*,<br><br>    Defendants | Case No. 3:09-cv-00364-CRB<br><br>**DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER** |

Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to GENERAL ELECTRIC COMPANY and hereby amends his or her complaint(s) accordingly.

///
///
///
///
///
///
///

| | |
|---|---|
| Dated: August 1, 2013 | BRAYTON❖PURCELL LLP |
| | |
| | By: /s/ David R. Donadio |
| | DAVID R. DONADIO, ESQ., S.B. #154436 |
| | Email: DDonadio@braytonlaw.com |
| | Tel: (415) 898-1555 |
| | Fax: (415) 898-1247 |
| | Attorneys for Plaintiff |
| | |
| Dated: 8/2/13 | WALSWORTH FRANKLIN BEVINS & MCCALL LLP |
| | |
| | By: [signature] |
| | DEREK S. JOHONSON, ESQ., S.B. #220988 |
| | Attorneys for Defendant |
| | GENERAL ELECTRIC COMPANY |
| | |
| Dated: August 19, 2013 | **SO ORDERED:** |
| | |
| | _____ |
| | United States District [Judge] |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

2
DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER